Rev. 10/94

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

In Re:

URIOSTEGUI, ARACELI

38-6942238

Case No. B-08-51178

Debtor(s).

## ORDER FOR UNCLAIMED MONIES

**IT APPEARING** that Debtor is due a $5,000.00 exemption payment, but Trustee has been unable to locate Debtor after diligent search, including contact with counsel for Debtor and after sending mail to Debtor's listed address which was returned; and for sufficient reasons appearing, and

**IT IS, THEREFORE ORDERED THAT** BRUCE MAGERS, Trustee in the above-named case, pay to the Clerk, U.S. Bankruptcy Court, the unclaimed monies as hereinafter indicated and that he submit said check to the Bankruptcy Court within ten (10) days from date and that said payment be included on Trustee's supplemental report when same is filed, itemizing said disbursement for unclaimed funds as follows:

| Check No. | Claim No. | Check Date | Claimant / Address | Amount of Unclaimed Funds |
|---|---|---|---|---|
| 104 | N/A | 3/10/2011 | Ms. Araceli Uriostegui<br>1915 Franciscan Terrace, Apt. A<br>Winston-Salem, NC 27127 | $5,000.00 |